# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **20–13913 – LSS**   Chapter: **7**   Adversary No.: **22–00178**

**Charles Chrysostomou**
Debtor

**Roger Schlossberg**
Plaintiff

vs.

**Peggy Chrysostomou, et al**
Defendant

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

                    Name: Amazon.com Sales, LLC

Therefore, default is entered against the defendant as authorized by Federal Bankruptcy Rule 7055.

Dated: 2/10/23

                    Mark A. Neal, Clerk of Court
                    by Deputy Clerk, Daniel Walston
                    301–344–3496

cc:   Plaintiff

     Attorney for Plaintiff – Philip James McNutt

     Defendant

     Attorney for Defendant – PRO SE

clkdflt (08/2006) – *DanielWalston*