Entered: March 6th, 2024
Signed: March 5th, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| Charles Chrysostomou, | * | Case No. 20-13913-LSS |
|     Debtor. | * | Chapter 11 |
| | * | |
| * * * * * * * | * | * * * * * * |
| | * | |
| Roger Schlossberg, Trustee, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Adv. Pro. No. 22-00178 |
| | * | |
| Peggy Chrysostomou, et al., | * | |
|     Defendants. | * | |
| | * | |
| * * * * * * * | * | * * * * * * |

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

On February 29, 2024, Plaintiff filed a Motion for Default Judgment [Dkt. No. 49], seeking entry of a default judgment against Defendant, Peggy Chrysostomou. However, Plaintiff failed to attach an affidavit required under the Servicemember Civil Relief Act. Further, Plaintiff failed to provide notice to Ms. Chrysostomou as required by Local Rule 7055-2. Accordingly,

1

the Court has determined that the Motion for Default Judgment should be denied without prejudice to Plaintiff filing a new motion that complies with all applicable rules and statutes.

Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion for Default Judgment [Dkt. No. 49] is **DENIED**, without prejudice to Plaintiff filing a new motion that complies with all applicable rules and statutes.

cc: Plaintiff
      Plaintiff's Counsel - Philip J. McNutt
      Peggy Chrysostomou

**End of Order**