Entered: July 3rd, 2024
Signed: July 3rd, 2024

**SO ORDERED**

Order is modified.



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re | : | |
|   CHARLES CHRYSOSTOMOU | : | Case No. 20-13913-LSS |
| | | Chapter 7 |
| Debtor | : | |
| ROGER SCHLOSSBERG, TRUSTEE | : | |
| Plaintiff | : | |
| v. | : | Adversary Proceeding No. 22-00178 |
| PEGGY CHRYSOSTOMOU, et al | : | |
| Defendants | : | |

### ENTRY OF JUDGEMENT AGAINST APPLE, INC,

In accordance with the foregoing Motion to enter a default judgment against the Defendant Apple, Inc. ("Apple"), along with the Required Notice under LBR 7055-1 and the Declaration of Philip J. McNutt in support thereof, the Defendant having failed to appear or respond to the Plaintiff's Complaint and a default having been previously entered against the Defendant, it is

ORDERED, ADJUDGED AND DECREED, that JUDGMENT is hereby granted and entered, by default against the Defendant, Apple, Inc., and in favor of this Estate in the total

amount of $1,142.92, plus interest from the date of this JUDGMENT.

**END OF JUDGMENT ORDER**